JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 645 -- **In re Free United Mission Mother Church, et al., IRS Summons Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/04/30 | 1 | MOTION, MEMORANDUM, SCHEDULE, EXHIBIT AND CERT. OF SVC. -- Pltfs. Free United Mission Mother Church, et al. -- SUGGESTED TRANSFEREE DISTRICT: D. Minnesota; SUGGESTED TRANSFEREE JUDGE: ? (emh) |
| 85/05/10 | | APPEARANCE: THOMAS D. SYKES, ESQ. for United States of America, Paul Walsh, Daniel Nye, Sally Nyland, Jerrold Rashal (rh) |
| 85/05/14 | | APPEARANCE: R.T. STRATTON, ESQ. for Free United Mission Mother Church, et al. (rh) |
| 85/05/15 | 2 | RESPONSE/BRIEF -- Deft. United States of America, Paul Walsh, Daniel Nye, Sally Nyland, Jerrold Rashal -- w/cert. of svc. (rh) |
| 85/06/10 | | HEARING ORDER -- Setting motion for transfer for Panel hearing on July 11, 1985 in Boston, Massachusetts (emh) |
| 85/07/10 | | ALL WAIVER OF ORAL ARGUMENT (rh) |
| 85/07/17 | | ORDER DENYING TRANSFER -- Order denies transfer (A-1 thru A-6) pursuant to 28 U.S.C. §1407. Notified involved judges, clerks, counsel, hearing clerk and recipients. (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 645 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FREE UNITED MISSION MOTHER CHURCH, ET AL. IRS SUMMONS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/7/85 | unpublished | | | | |

Special Transferee Information

DATE CLOSED: 7/17/85 (PAO)

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 645 -- In re Free United Mission Mother Church, et al., IRS Summons Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Free United Mission Mother Church, et al. v. U.S.A., et al. | D.Minn. MacLaughlin | 4-85-158 | | | | |
| A-2 | Free United Mission Mother Church, et al. v. U.S.A., et al. | S.D.Iowa Vietor | 85-160-B | | | | |
| A-3 | Free United Mission Mother Church, et al. v. U.S.A., et al. | D.Mont. Battin | CV85-62-H | | | | |
| A-4 | Free United Mission Mother Church, et al. v. U.S.A., et al. | W.D.Tex. Hudspeth | EP-85-CA-76 | | | | |
| A-5 | Free United Mission Mother Church, et al. v. U.S.A., et al. | S.D.Fla. King | 85-0630-CIV JLK | | | | |
| A-6 | Free United Mission Mother Church, et al. v. U.S.A., et al. | D.D.C. Green | 85-0045 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 645 -- In re Free United Mission Mother Church, et al., IRS Summons Litigation

---

**FREE UNITED MISSION MOTHER CHURCH, ET AL. (A-1 - A-6)**

R.T. Stratton, Esquire
2901 Pleasant Avenue
Minneapolis, Minnesota 55408

---

UNITED STATES OF AMERICA
PAUL WALSH
DANIEL NYE
SALLY NYLAND
JERROLD RASHAL

Thomas D. Sykes, Esquire
Trial Attorney, Tax Division
CTS, Western Region
U.S. Department of Justice
Washington, D.C. 20044

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 645 -- In re Free United Mission Mother Church, et al., IRS Summons Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| U.S.A. | A-1 thru A-6 |
| Paul Walsh | A-1 thru A-6 |
| Daniel Nye | A-2 |
| Sally Nyland | A-3 |
| Jerrold Rashal | A-5 |
| | |
| | |
| | |
| | |
| | |
| | |

JPML FORM 3

p. _____