JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 17 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 645

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FREE UNITED MISSION MOTHER CHURCH, ET AL., IRS SUMMONS LITIGATION

ORDER DENYING TRANSFER

This litigation presently consists of six actions pending in six federal districts: one action each in the District of Minnesota, the Southern District of Iowa, the District of Montana, the Western District of Texas, the Southern District of Florida and the District of the District of Columbia. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the petitioners in all six actions, to centralize the actions in the District of Minnesota for coordinated or consolidated pretrial proceedings. The United States and four individual Internal Revenue Service agents, respondents in these actions, oppose transfer.

On the basis of the papers filed,[1/] the Panel finds that movants have failed to demonstrate that substantial factual questions are common to these actions and that transfer of these actions to a single district pursuant to Section 1407 would necessarily serve the convenience of the parties and witnesses and promote the just and efficient conduct of the actions.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] The parties waived oral argument and accordingly the question of transfer in this docket was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-645 -- IN RE FREE UNITED MISSION MOTHER CHURCH, ET AL., IRS SUMMONS LITIGATION

### Southern District of Iowa

Free United Mission Mother Church, et al. v. United States of America, et al., C.A. No. 85-160-B

### District of Montana

Free United Mission Mother Church, et al. v. United States of America, et al., C.A. No. CV85-62-H

### Western District of Texas

Free United Mission Mother Church, et al. v. United States of America, et al., C.A. No. EP-85-CA-76

### Southern District of Florida

Free United Mission Mother Church, et al. v. United States of America, et al., C.A. No. 85-0630-Civ

### District of the District of Columbia

Free United Mission Mother Church, et al. v. United States of America, et al., C.A. No. 85-0045

### District of Minnesota

Free United Mission Mother Church, et al. v. United States of America, et al., C.A. No. 4-85-158